| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wells, Lesley B | 2. Court or Organization<br><br>U.S. District Court, ND OH | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>801 West Superior Avenue<br>18A United States Court House<br>Cleveland, Ohio 44113 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   2004 MAY 19 A 11:51   RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2003 | Ohio Public Employees Retirement System | 25,667.28 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Squire, Sanders, & Dempsey - Law Firm |
| 2. 2003 | Wheeling & Lake Erie Railway - Director |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE**  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Century Financial Corp. Of Michigan Securities | C | Dividend | L | T | | | | | |
| 2. General Motors Securities | A | Dividend | J | T | | | | | |
| 3. Key Corp. Securities | B | Dividend | K | T | | | | | |
| 4. Ohio St. Water Dev. Authority Municipal Bonds | B | Interest | K | T | | | | | |
| 5. Erie County OH Hospital Improvement Municipal Bonds | A | Interest | J | T | | | | | |
| 6. Columbus, OH Municipal Bonds | B | Interest | K | T | | | | | |
| 7. Clermont County OH Hosp. Muni. Bonds | B | Interest | K | T | Part Redempt | 10/31 | J | | |
| 8. Whitehall OH City Sch Dist Muni Bonds | A | Interest | | | Redmption | 12/01 | J | | |
| 9. Montgomery County Municipal Bonds | B | Interest | J | T | Part Redempt | 05/15 | K | A | |
| 10. | | | | | Part Redempt | 11/17 | J | | |
| 11. Ohio St. Bldg. Facilities Municipal Bonds | B | Interest | K | T | | | | | |
| 12. Cuyahoga Cnty Hosp. Rev. Cleve.-Fairview Muni. Bonds | A | Interest | J | T | Part Redempt | 04/16 | J | | |
| 13. Lorain, OH Municipal Bonds | A | Interest | J | T | | | | | |
| 14. Aurora, OH City Sch. Dist. Municipal Bonds | A | Interest | K | T | | | | | |
| 15. Ohio Higher Education Fac. Municipal Bonds | A | Interest | J | T | | | | | |
| 16. Hamilton Cty. OH Sewer System Municipal Bonds | B | Interest | K | T | | | | | |
| 17. Ohio Higher Ed. Fac. - Unv. Dayton Municipal Bonds | C | Interest | L | T | | | | | |
| 18. Franklin Cty., OH Riverside Hosp. Rev. Municipal Bonds | B | Interest | | | Part Redempt | 11/05 | K | B | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | Redmption | 12/01 | J | | |
| 20. Lake County OH Hosp. Imp. Municipal Bonds | B | Interest | K | T | | | | | |
| 21. Fairfield Cty OH Hosp. Imp. Municipal Bonds | A | Interest | J | T | | | | | |
| 22. Lucas Cty OH St. Vincent Hosp. Rev. Municipal Bonds | A | Interest | | | Redmption | 10/31 | J | A | |
| 23. Cleveland, OH Parking Facilities Municipal Bonds | B | Interest | K | T | | | | | |
| 24. OH Municipal Electric Municipal Bonds | B | Interest | K | T | Purchase | 12/09 | J | | |
| 25. Mahoning Cty. OH Hosp. Fac. Municipal Bonds | A | Interest | K | T | | | | | |
| 26. Cuyahoga Cty. OH MetroHealth Hosp. Rev. Municipal Bonds | A | Interest | K | T | | | | | |
| 27. Ohio Turnpike Commission Municipal Bonds | B | Interest | K | T | | | | | |
| 28. Cuyahoga Cty. OH University Hosp. Rev. Municipal Bonds | A | Interest | K | T | | | | | |
| 29. Lorain Cty. OH Hosp. Rev. Municipal Bonds | B | Interest | K | T | | | | | |
| 30. CMA Money Fund | A | Interest | J | T | | | | | |
| 31. CMA Money Fund | A | Interest | J | T | | | | | |
| 32. Ohio St. HEF Commn. Rv. Ed | A | Interest | J | T | | | | | |
| 33. Ohio St. Water Div. At Pollt. | A | Interest | K | T | | | | | |
| 34. Wyoming OH City School District Bonds | A | Interest | J | T | | | | | |
| 35. Cleveland OH Waterworks Bonds | A | Interest | K | T | | | | | |
| 36. Pickerington OH Local School District Bonds | A | Interest | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)        F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)        N = $250,000-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000

3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
(See Column C2)        U = Book Value        V = Other        W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wells, Lesley B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Cleveland, OH Arpt Syst. Bonds | A | Interest | K | T | | | | | |
| 38. Ohio Turnpike Commission Municipal Bonds | A | Interest | K | T | | | | | |
| 39. Huntington National Bank | A | Interest | J | T | | | | | |
| 40. Kings Local Sch. Dist. Bonds | A | Interest | J | T | | | | | |
| 41. Indian Lake Ohio Local Sch. Bond | A | Interest | J | T | | | | | |
| 42. Clermont County Ohio Sewer Sys Bond | A | Interest | | | Redemption | 12/01 | J | | |
| 43. Mahoning Cnty Ohio Hosp Bond | A | Interest | J | T | | | | | |
| 44. Puerto Rico Elec. Pwr. Bond | A | Interest | J | T | | | | | |
| 45. Puerto Rico Comwlth. Bond | B | Interest | K | T | | | | | |
| 46. Puerto Rico Pub Fin. Corp Bond | A | Interest | J | T | | | | | |
| 47. Massillon Oh Var. Purp Parks Bond | A | Interest | K | T | | | | | |
| 48. Puerto Rico Elec Pwr. At RV Bond | A | Interest | J | T | | | | | |
| 49. Puerto Rico Pub. Bldgs Bond | A | Interest | K | T | | | | | |
| 50. Eaton Oh City Sch. Dist. Bond | A | Interest | J | T | | | | | |
| 51. Ohio Savings Bank | A | Interest | J | T | | | | | |
| 52. Ohio State Higher Edl. Fac. | A | Interest | J | T | | | | | |
| 53. Ohio State Water Dev. Authority Municipal Bonds | A | Interest | K | T | Purchase | 11/06 | K | | |
| 54. | | | | | Purchase | 12/15 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Puerto Rico Commonwealth Spl. Tax | | None | J | T | Purchase | 12/05 | J | | |
| 56. Cincinnati OH City School Impt. | A | Interest | J | T | Purchase | 10/15 | J | | |
| 57. Puerto Rico Commonwealth Hwy. Trn. | A | Interest | K | T | Purchase | 04/07 | K | | |
| 58. Franklin County OH Conv. Facs. | A | Interest | K | T | Purchase | 11/18 | K | | |
| 59. Puerto Rico Pub. Fin. Corp. Commonwealth | | None | J | T | Purchase | 12/16 | J | | |
| 60. Cleveland OH Airport System | | None | K | T | Purchase | 11/05 | K | | |
| 61. | | | | | Purchase | 12/02 | J | | |
| 62. University Of Cincinnati | A | Interest | J | T | Purchase | 01/10 | J | | |
| 63. Columbiana County Municipal Bonds | A | Interest | K | T | Purchase | 04/11 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date /3 May 2004

NOTE: ANY _____ WINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJE _____ RIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544